### Kermit AGUAYO and Khanh N. Tran, Plaintiffs–Appellants,

v.

### MOTOROLA, INC., Defendant–Appellee.

### No. 00–1244.

United States Court of Appeals, Federal Circuit.

Sept. 7, 2001.

Before CLEVENGER, LINN, and DYK, Circuit Judges.

### ORDER

LINN, Circuit Judge.

By Order dated August 17, 2001, the United States District Court for the Western District of Texas, Austin Division vacated the Judgment signed and filed on February 10, 2000 in this case, dismissed the Plaintiffs' claims with prejudice, and dismissed the Defendant's claims without prejudice.

Accordingly,

IT IS HEREBY ORDERED THAT:

(1) The present appeal is dismissed as moot.

(2) Each side shall bear its own costs, attorney fees, and expenses.